# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-07541 JAK (SSx) | Date | July 10, 2012 |
|---|---|---|---|
| Title | Mario Leanos, et al. v. Washington Mutual Bank FA, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE   **JS-6**

On June 4, 2012, the Court held a hearing on Defendants' motion to dismiss, Dkt. 22, and granted the motion in part with leave to amend and in part without, Dkt. 25. The Court directed Plaintiffs to file any amended complaint on or before July 4, 2012. Alternatively, if Plaintiffs were to determine that they could not properly and in good faith plead any federal law causes of action, they were to file a notice to that effect, so that the Court could dismiss the action without prejudice to Plaintiffs' refiling their state law claims in state court. Plaintiffs have failed timely to file either an amended complaint or the required notice. Accordingly, the Court DISMISSES Plaintiffs' action, with prejudice.

**IT IS SO ORDERED.**

Initials of Preparer   ak